# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: | In Proceedings Under Chapter 13 |
| Frank Arthur Yankovich and Tana Lynn Yankovich | |
| | BK 11–31960–lkg |
| Debtor(s) | |

SSN/Individual Taxpayer ID Number (ITIN):

xxx–xx–5233   xxx–xx–7426

# ORDER CONFIRMING CHAPTER 13 PLAN

The Court finds that the plan (and if applicable as amended or modified) meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:**

The debtor's Chapter 13 plan is confirmed.

By June 15 of each year of the Debtor's Plan, debtor(s) shall provide the Trustee with a true and complete copy of their state and federal income tax return(s) for the preceding year. Additionally, by June 15 of each year, the debtor(s) shall turn over to the Trustee that portion of their income tax refund(s) (received after the filing of the case) that exceeds (i) any amount(s) credited for Earned Income Credit and/or Child Tax Credit plus (ii) Seven Hundred Fifty Dollars ($750.00) per debtor. These additional proceeds shall increase the minimum required distribution to the debtor(s)' allowed general unsecured creditors and the Trustee is authorized to increase the base amount of the debtor(s)' Plan accordingly. Failure of the debtor(s) to comply with this provision, upon thirty (30) day's written notice of such default by the Trustee, will result in the dismissal of the case without further notice or hearing upon the Trustee's certification of said default. Notwithstanding the foregoing, nothing contained herein shall prohibit the debtor(s) from filing a Motion with the Court, seeking authorization to retain all or any portion of such future tax refunds upon a showing of substantial need.

The attorney for the debtor(s) shall be paid attorney's fees as specified in the plan, and according to the Court's Instructions for Chapter 13 Plans.

Confirmation of this plan does not remove the attorney for the debtor as attorney of record in this case. The attorney for the debtor shall remain counsel of record until the earliest of either the closing of the case or the entry of an order allowing the attorney for the debtor to withdraw as counsel.

No payment in an amount less than $15.00 shall be distributed by the Trustee to any creditor. Funds not distributed because of Bankruptcy Rule 3010(b) shall be paid whenever the accumulation aggregates $15.00. Any funds remaining shall be distributed with the final payment.

In the event that the number of creditors filing Proofs of Claim is less than the number of creditors in the debtor's bankruptcy petition, the Trustee is directed to distribute all of the proceeds of the debtor's plan to those creditors whose claims have been allowed, but not to exceed 100 percent of the amount of any claim.

ENTERED: December 15, 2011        /s/ Laura K. Grandy
                                  UNITED STATES BANKRUPTCY JUDGE

```
                              United States Bankruptcy Court
                               Southern District of Illinois

In re:                                                              Case No. 11-31960-lkg
Frank Arthur Yankovich                                              Chapter 13
Tana Lynn Yankovich
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0754-3          User: lt                Page 1 of 3                  Date Rcvd: Dec 15, 2011
                              Form ID: 243            Total Noticed: 45


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 17, 2011.
db/jtdb     +Frank Arthur Yankovich, Jr,    Tana Lynn Yankovich,    3745 Drdxelius Rd,   Bethalto, IL 62010-2341
cr          +Altonized Community Federal Credit Union,    Attn: Kathryn Klein,    7700 Bonhomme Ave. 7th Floor,
              St. Louis, MO 63105-1960
cr          +Candica, L.L.C.,   C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,
              SEATTLE, WA 98121-3132
3083354     +Altonized Community Credit Union,    c/o Steve Lang & Associates,    14323 S. outer 40 STE 205N,
              Chesterfield, MO 63017-5734
3101364     +Altonized Community Federal Credit Union,    Riezman Berger PC,    7700 Bonhomme Avenue 7th Floor,
              St Louis MO 63105-1960
3083357     +Bank of America,   PO Box 15019,    Wilmington, DE 19886-5019
3100686     +Candica, L.L.C.,   c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,
              Seattle, WA 98121-3132
3083359      Chase,   Cardmember Service,    P.O. Box 15153,   Wilmington, DE 19886-5153
3085416      FIA CARD SERVICES, N.A.,    PO Box 15102,   Wilmington, DE 19886-5102
3083360     +Farrell, Hamilton & Julian, P.C.,    1305 D’Adrain Professional,    Godfrey, IL 62035-1686
3083361      Fifth Third Bank,   PO Box 740789,    Cincinnati, OH 45274-0789
3092902      Fifth Third Bank,   PO Box 829009,    Dallas, TX 75382-9009
3083362      Gateway Regional Medical Center,    PO Box 503706,   Saint Louis, MO 63150-0001
3083363     +Gateway Regional Medical Center,    C/O Credit Control, LLC,    PO Box 248,
              Hazelwood, MO 63042-0248
3083364      Hanish Eye Institute,    PO Box 503640,   Saint Louis, MO 63150-3640
3083365      Hanish Eye Institute,    C/o Kramer & Frank,   9300 Dielman Ind. Dr.,    Saint Louis, MO 63132-2205
3083366      Home Depot Credit SVCS,    P.O. Box 6929,   The Lakes, NV 88901-6926
3083368     +Illinois Department of Revenue,    C/o Deborah Sterling-Scott,
              Illinois Attorney General’s Office,    201 West Pointe Dr., Ste. 7,    Belleville, IL 62226-8309
3083369      Internal Revenue Service,    PO Box 7346,   Philadelphia, PA 19101-7346
3083370     +Internal Revenue Service,    c/o Gerald Burke,   US Attorney’s Office,   9 Executive Drive Ste 300,
              Fairview Heights, IL 62208-1344
3083374      National Enterprise Systems,    RE: Hilco Receivables LLC-Chase-,    29125 Solon Road,
              Solon, OH 44139-3442
3100812    ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
             (address filed with court:   Portfolio Recovery Associates, LLC,    POB 41067,   Norfolk VA 23541)
3083376     +Petersen Health Care Inc,    d/b/a Robings Manor,   Attn: Marikay Snyder,   830 W Trailcreek Dr,
              Peoria, IL 61614-1862
3083375     +Robings Manor,   C/O Mark A. Brueggemann PC,    2011 Mall Street, Suite B,
              Collinsville, IL 62234-1884
3083377     +Robings Manor Nursing Home,    502 North Main Street,   Brighton, IL 62012-1042
3083381      SLM Financial Corp.,   C/O Allied Interstate LLC,    PO Box 361347,   Columbus, OH 43236-1347
3083378     +Sallie Mae Inc.,   C/O Progressive Financial Services,    PO Box 22083,   Tempe, AZ 85285-2083
3083380      Sears Credit Card,   PO Box 183082,    Columbus, OH 43218-3082
3083383     +Stephanie Hackethal &,    Harriett Yankovich,   94 Nevermind,   Chatham, IL 62629-1531
3083384     #Target National Bank,    PO Box 59317,   Minneapolis, MN 55459-0317
3083385     +Woodworkers Journal CS,    PO Box 1592,   Minneapolis, MN 55440-1592

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/Text: bncmail@w-legal.com Dec 15 2011 18:16:57    Candica, L.L.C.,
              C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
3083355      E-mail/Text: bankruptcy@sw-credit.com Dec 15 2011 18:16:51    AT&T Mobility,
              C/O Southwest Credit Systems LP,    4120 International Parkway,   Suite 1100,
              Carrollton, TX 75007-1958
3099618     +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Dec 15 2011 18:15:49    Asset Acceptance LLC,
              Po Box 2036,   Warren MI 48090-2036
3083356     +E-mail/Text: ALSBankruptcy@aurorabankfsb.com Dec 15 2011 18:16:12    Aurora Loan Services,
              10350 Park Meadows Drive,   Littleton, CO 80124-6800
3083358      E-mail/Text: bpeterson@vikingservice.com Dec 15 2011 18:16:10    Bank Of America,
              C/O Viking Collection Service Inc,    P.O. Box 59207,   Minneapolis, MN 55459-0207
3100686     +E-mail/Text: bncmail@w-legal.com Dec 15 2011 18:16:57    Candica, L.L.C.,
              c/o Weinstein & Riley, P.S.,    2001 Western Ave., Ste. 400,   Seattle, WA 98121-3132
3112703      E-mail/PDF: rmscedi@recoverycorp.com Dec 15 2011 18:59:21    Granite Recovery LLC,
              c/o Recovery Management Systems Corp,    25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
3083367      E-mail/Text: rev.bankruptcy@illinois.gov Dec 15 2011 18:16:49    Illinois Department of Revenue,
              BK Unit Level 7-425,    100 West Randolph Street,   Chicago, IL 60601
3083369      E-mail/Text: cio.bncmail@irs.gov Dec 15 2011 18:14:42    Internal Revenue Service,   PO Box 7346,
              Philadelphia, PA 19101-7346
3083371     +E-mail/PDF: gecsedi@recoverycorp.com Dec 15 2011 18:49:24    JCPenney,   PO Box 960090,
              Orlando, FL 32896-0090
3083372      Fax: 847-227-2151 Dec 15 2011 18:19:15    Medical Recovery Specialists,
              2250 E. Devon Avenue, Ste. 352,    Des Plaines, IL 60018-4519
3087006     +E-mail/Text: brenden.magnino@mcmcg.com Dec 15 2011 18:15:51    Midland Credit Management, Inc.,
              8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
3083373     +E-mail/Text: ecfnotices@dor.mo.gov Dec 15 2011 18:16:18    Missouri Department of Revenue,
              C/o Susan Lissant, General,    Counsel’s Office,   PO Box 475,   Jefferson City, MO 65105-0475
```

```
District/off: 0754-3          User: lt                    Page 2 of 3                   Date Rcvd: Dec 15, 2011
                              Form ID: 243                Total Noticed: 45

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
3106147        E-mail/PDF: rmscedi@recoverycorp.com Dec 15 2011 18:59:21    Portfolio Investments I LLC,
               c/o Recovery Management Systems Corp,   25 SE 2nd Avenue Suite 1120,   Miami FL 33131-1605
3089181        E-mail/PDF: rmscedi@recoverycorp.com Dec 15 2011 18:59:21
               Recovery Management Systems Corporation,   25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
3083379        E-mail/PDF: pa_dc_claims@salliemae.com Dec 15 2011 18:59:23    SallieMae,   PO Box 9500,
               Wilkes Barre, PA 18773-9500
3083382       +E-mail/Text: cindy.morgan@capiopartners.com Dec 15 2011 18:16:19    St. Alexius Hospital,
               C/O Capio Partners LLC,   PO Box 3209,   Sherman, TX 75091-3209
                                                                                               TOTAL: 17

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Dec 17, 2011**            **Signature:**    *Joseph Speetjens*

```
District/off: 0754-3          User: lt                 Page 3 of 3                  Date Rcvd: Dec 15, 2011
                              Form ID: 243             Total Noticed: 45
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2011 at the address(es) listed below:

        Kathryn A Klein   on behalf of Creditor   Altonized Community Federal Credit Union
         rb_bank@riezmanberger.com, riezmanberger@gmail.com
        Richard S Ralston   on behalf of Creditor   Candica, L.L.C. richardr@w-legal.com,
         adaml@w-legal.com
        Russell C Simon   simontrustee@yahoo.com, pacer@simonch13trustee.com
        United States Trustee   USTPRegion10.es.ecf@usdoj.gov
        William A Mueller -  Mueller Associates   on behalf of Debtor Frank Yankovich
         belleville@tbcwam.com, tbcbackup@yahoo.com

                                                                                                   TOTAL: 5