## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In Re: | ) | In Proceedings |
| | ) | Under Chapter 13 |
| FRANK ARTHUR YANKOVICH, JR, | ) | |
| TANA LYNN YANKOVICH, | ) | |
| | ) | BK      11-31960 |
| Debtors, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| PETERSEN HEALTH CARE D/B/A | ) | |
| ROBINGS MANOR, | ) | |
| | ) | |
| Creditor. | ) | |

## MOTION FOR CONTEMPT AND/OR SANCTIONS
## FOR VIOLATION OF AUTOMATIC STAY

COME NOW the Debtors, Frank & Tana Yankovich, by and through their attorneys, the Law Offices of Mueller & Haller, L.L.C., and for their Motion for Contempt and/or Sanctions state as follows:

1. That on August 31, 2011, the Debtors filed for relief under Chapter 13 of the Bankruptcy Code.

2. That this Court has jurisdiction over this matter pursuant to 28 U.S.C. § 157(b)(1).

3. That this is a "core" proceeding under 28 U.S.C. § 157(b)(2)(A), (b)(2)(E) and (b)(2)(O).

4. That venue is proper in this Court pursuant to 28 U.S.C. § 1409.

5. That Robings Manor was included as an unsecured creditor listed on Schedule F in the original schedules filed in the bankruptcy proceeding.

6. That Robings Manor received notice of the bankruptcy filing and the 341 meeting from documents mailed by the Chapter 13 Trustee.

7.  That on November 3, 2011, Petersen Health Care d/b/a Robings Manor filed Proof of
    Claim #9-1. Said Proof of Claim was filed in the amount of $1,538.60 unsecured.

8.  That on May 30, 2013, the Debtors provided counsel with five (5) Statements received
    from Robings Manor. The Statements were dated January 21, 2013; February 18, 2013;
    March 19, 2013; April 17, 2013; and May 17, 2013. Each Statement indicated that the
    total amount due was $1,538.60 on the first of the following month.

9.  That on July 8, 2013, Debtors' counsel sent a letter to Robings Manor advising of the
    bankruptcy filing, that the debt owed to Robings Manor had been included in the
    bankruptcy filing, that collection attempts must cease, and continued collection attempts
    would result in the filing of a Motion for Sanctions.

10. That on October 28, 2013, the Debtors provided counsel with a Statement, dated October 21,
    2013, received from Robings Manor. Said Statement indicated that the total amount due was
    $1,538.60 on November 1, 2013.

11. As a result of the conduct of Petersen Health Care d/b/a Robings Manor, the Debtors have
    filed this Motion to pursue "automatic stay violations and other relief against the creditor in
    this proceeding."

12. As a result of Petersen Health Care d/b/a Robings Manor's failure to abide by the
    automatic stay, the Debtors have found it necessary to devote unnecessary hours to
    efforts to resolve the matter and that all of this time was unwarranted and unnecessary.

13. The Debtors have worried about this situation and has feared that Petersen Health Care
    d/b/a Robings Manor has some improper motive for continuing to collect on a debt
    included in the bankruptcy filing and for which they have begun foreclosure proceedings

in state Court.

14. That Debtors' counsel has made efforts to try to resolve this matter without the need to file a motion with the Court.

15. The conduct of Petersen Health Care d/b/a Robings Manor in this case has substantially frustrated the automatic stay in effect in this case and has caused the Debtors unwarranted and unnecessary time, effort, and expense in seeking to enforce rights guaranteed by the Bankruptcy Code.

16. As a result of the above violation of 11 U.S.C. §362, Petersen Health Care d/b/a Robings Manor is liable to the Debtor for actual damages, punitive damages, and legal fees under Section 105 of Title 11 of the United States Code.

17. In order to protect debtors who have filed for relief under the Bankruptcy Code, this Court should impose sanctions against Petersen Health Care d/b/a Robings Manor for their misconduct in this case.

WHEREFORE the Debtors having set forth their claims for relief against Petersen Health Care d/b/a Robings Manor respectfully pray of the Court as follows:

A. That the Debtors have and recover against Petersen Health Care d/b/a Robings Manor a sum to be determined by the Court in the form of actual damages;

B. That the Debtors have and recover against Petersen Health Care d/b/a Robings Manor to be determined by the Court in the form of punitive damages;

C. That the Debtors have and recover against Petersen Health Care d/b/a Robings Manor all reasonable legal fees and expenses incurred by their attorneys;

D. That Petersen Health Care d/b/a Robings Manor be prohibited from collecting fees

and costs associated with defending this action;

E. That the Debtors have such other and further relief as the Court may deem just and

proper.

FRANK & TANA YANKOVICH,

By:  _/s/ William A. Mueller _
William A Mueller-#06187732
James J Haller-#06226796
Rachel A. Hill-#51818
Attorneys for Debtors
5312 West Main Street
Belleville, Illinois 62226
(618) 236-7000

4

## NOTICE OF ELECTRONIC FILING AND
## CERTIFICATE OF SERVICE BY MAIL

| | | | | |
|---|---|---|---|---|
| STATE OF ILLINOIS | ) | | BK | 11-31960 |
| | ) | SS | | |
| CITY OF BELLEVILLE | ) | | Chapter 13 | |

Krista Doiron, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On November 6, 2013, Deponent electronically filed with the Clerk of the U.S. Bankruptcy Court the **Motion for Contempt and/or Sanctions**.

The Deponent served electronically the **Motion for Contempt and/or Sanctions** to the following parties:

U.S. Trustee                    Russell Simon

And served by mail to the following parties:

| | | |
|---|---|---|
| Frank & Tana Yankovich<br>3745 Drexelius Rd<br>Bethalto IL 62040 | Robings Manor<br>c/o Mark Brueggemann PC<br>2011 Mall St Ste B<br>Collinsville IL 62234 | Petersen Health Care d/b/a<br>Robings Manor<br>830 W Trailcreek Dr<br>Peoria IL 61614 |
| Robings Manor Nursing Home<br>502 N Main St<br>Brighton IL 62012 | Petersen Health Care d/b/a<br>Robings Manor<br>c/o Marikay Snyder, Reg Agent &<br>General Counsel<br>830 W Trailcreek Dr<br>Peoria IL 61614 | Mark Petersen, President<br>Petersen Health Care d/b/a<br>Robings Manor<br>1015 Laurelwood Ct<br>Peoria IL 61615 |
| Mark Petersen, Secretary<br>Petersen Health Care d/b/a<br>Robings Manor<br>1015 Laurelwood Ct<br>Peoria IL 61615 | | |

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.        By: /s/ Krista Doiron