# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In Re: ) | In Proceedings |
| ) | Under Chapter 13 |
| FRANK ARTHUR YANKOVICH, JR. and ) | |
| TANA LYNN YANKOVICH, ) | |
| ) | BK    11-31960 |
| Debtors, ) | |
| ) | |
| vs. ) | |
| ) | |
| PETERSEN HEALTH CARE D/B/A ) | |
| ROBINGS MANOR, ) | |
| ) | |
| Creditor. ) | |

## MOTION TO WITHDRAW AMENDED MOTION FOR CONTEMPT AND/OR SANCTIONS FOR VIOLATION OF AUTOMATIC STAY

COME NOW the Debtors, Frank and Tana Yankovich, by and through their attorneys, Law Offices of Mueller and Haller, L.L.C., and for their Motion to Withdraw state as follows:

1. That on August 31, 2011, the Debtors filed for relief under Chapter 13 of the Bankruptcy Code.

2. That on November 13, 2013, the Debtors filed their Amended Motion for Contempt and/or Sanctions for Violation of Automatic Stay.

3. That the Debtors request the Amended Motion for Contempt and/or Sanctions for Violation of Automatic Stay be withdrawn at this time.

WHEREFORE, the Debtors pray this Court to withdraw the Amended Motion for Contempt and/or Sanctions for Violation of Automatic Stay and for such other relief as the Court deems necessary and proper.

FRANK AND TANA YANKOVICH,

By: /s/ William A. Mueller
William A. Mueller #06187732
James J. Haller #06226796
Rachel A. Hill #51818
Attorneys for Debtors
5312 West Main Street
Belleville, Illinois 62226
(618) 236-7000

**NOTICE OF ELECTRONIC FILING AND**
**CERTIFICATE OF SERVICE BY MAIL**

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | Case No.: 11-31960 |
| | ) SS | |
| CITY OF BELLEVILLE | ) | Chapter 13 |

Jennifer Schweiger, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in St. Clair County, Illinois.

On December 2, 2013, Deponent electronically filed with the Clerk of the U. S. Bankruptcy Court the **Motion to Withdraw Amended Motion for Contempt and/or Sanctions for Violation of Automatic Stay**.

The Deponent served electronically the **Motion to Withdraw Amended Motion for Contempt and/or Sanctions for Violation of Automatic Stay** to the following parties:

U.S. Trustee          Russell C. Simon

and served by mail to the following parties:

| | | |
|---|---|---|
| Frank & Tana Yankovich<br>3745 Drexelius Rd<br>Bethalto IL 62040 | Robings Manor<br>c/o Mark Brueggemann PC<br>2011 Mall St Ste B<br>Collinsville IL 62234 | Petersen Health Care d/b/a<br>Robings Manor<br>830 W Trailcreek Dr<br>Peoria IL 61614 |
| Robings Manor Nursing Home<br>502 N Main St<br>Brighton IL 62012 | Petersen Health Care d/b/a<br>Robings Manor<br>c/o Marikay Snyder, Reg Agent &<br>General Counsel<br>830 W Trailcreek Dr<br>Peoria IL 61614 | Mark Petersen, President<br>Petersen Health Care d/b/a<br>Robings Manor<br>1015 Laurelwood Ct<br>Peoria IL 61615 |
| Mark Petersen, Secretary<br>Petersen Health Care d/b/a<br>Robings Manor<br>1015 Laurelwood Ct<br>Peoria IL 61615 | | |

by depositing a true copy of same, enclosed in a postage paid properly addressed wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Jennifer Schweiger