# NOTICE OF ELECTRONIC FILING AND
# CERTIFICATE OF SERVICE BY MAIL

| | | |
|---|---|---|
| STATE OF ILLINOIS | ) | Case No.: 11-31960 |
| | ) SS | |
| CITY OF BELLEVILLE | ) | Chapter 13 |

Chelsi Heflin, being duly sworn, deposes and says:

Deponent is not a party to the action, is over 18 years of age, and resides in Madison County, Illinois.

On April 29, 2016 the Deponent served electronically the Agreed Order on Motion for Civil Contempt to the following parties:

US Trustee

Russell C. Simon

and served by mail to the following parties:

Frank & Tana Yankovich
3745 Drdxelius Rd.
Bethalto, IL 62040

Petersen Health Care, Inc.
d/b/a Robings Manor
c/o Registered Agent Markay L. Snyder
930 W. Trailcreek Dr.
Peoria, IL 61614

Petersen Health Quality LLC d/b/a Robings Manor
Nursing Home
c/o Charles Swartwout
5000 W. Main St.
PO Box 23560
Belleville IL 62223

by depositing a true copy of same, enclosed in a postage paid properly addresses wrapper, in a Belleville City Branch, official depository under the exclusive care and custody of the United States Postal Service, within the State of Illinois.

By: /s/ Chelsi Heflin